No. 493. H. C. DRAPER *v.* GEORGIA, FLORIDA & ALA-BAMA RAILWAY COMPANY. Error to the Court of Ap-

peals of the State of Georgia. Motion to dismiss submitted December 9, 1918. Decided December 16, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Hollins N. Randolph* for plaintiff in error. *Mr. T. S. Hawes* for defendant in error.